**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William Martin, Jr.<br>       <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 14-23129 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4788

                                        Respectfully submitted,

                                        **<u>/s/ James C. Warmbrodt, Esquire</u>**
                                        James C. Warmbrodt, Esquire
                                        jwarmbrodt@kmllawgroup.com
                                        Attorney I.D. No. 42524
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        Phone: 215-825-6306
                                        Fax: 215-825-6406
                                        Attorney for Movant/Applicant