# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-23129-CMB |
| **William Martin, Jr.** | ) | Chapter 13 |
|    Debtor | ) | Doc No. |
| **William Martin, Jr.** | ) | |
|    Movant | ) | Motion No. ☐ WO-1 |
|    v. | ) | |
| **The Children's Inst. of Pittsburgh** | ) | Related to Doc. No. 86 |
|    Respondent | ) | |

_____

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S AMENDED WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **June 26, 2017.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
**a. Office of the U.S. Trustee, at ustpregion03.pi.ecf@usdoj.gov**
b. **Office of the Chapter 13 Trustee, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com**

**2.) Service by First Class Mail--**
**a.** William Martin, Jr., 906 Etna Street, McKees Rocks, PA 15136-3328
**b**. The Children's Inst. of Pittsburgh, Attn: Payroll Manager, 1405 Shady Avenue, Pittsburgh, PA 15217

Executed on: **June 26, 2017**     **/s/Bryan P. Keenan**
                                                              Bryan P. Keenan, PA ID No. 89053
                                                              Bryan P. Keenan & Associates P.C.
                                                              Attorney for Debtor
                                                              993 Greentree Road, Suite 101
                                                              Pittsburgh, PA 15220
                                                              (412) 922-5116
                                                              keenan662@gmail.com