# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 14-23129-CMB |
| **William Martin, Jr.** | ) | Chapter 13 |
| Debtor | ) | Doc No. |
| **William Martin, Jr.** | ) | |
| Movant | ) | **Motion No. ☐ WO-1** |
| v. | ) | |
| **The Children's Inst. of Pittsburgh** | ) | **Related to Doc. No. 77** |
| Respondent | ) | |

---

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S AMENDED WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **July 10, 2017.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee, at ustpregion03.pi.ecf@usdoj.gov**
b. **Office of the Chapter 13 Trustee, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com**

**2.) Service by First Class Mail--**
a. William Martin, Jr., 906 Etna Street, McKees Rocks, PA 15136-3328
b. The Children's Inst. of Pittsburgh, Attn: Payroll Manager, 1405 Shady Avenue, Pittsburgh, PA 15217

Executed on: **July 10, 2017**      **/s/Bryan P. Keenan**
     Bryan P. Keenan, PA ID No. 89053
     Bryan P. Keenan & Associates P.C.
     Attorney for Debtor
     993 Greentree Road, Suite 101
     Pittsburgh, PA 15220
     (412) 922-5116
     keenan662@gmail.com