# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

05/10/2019

IN RE:

WILLIAM MARTIN, JR.
906 ETNA STREET
MC KEES ROCKS, PA  15136-3328
XXX-XX-6363         Debtor(s)

Case No.14-23129 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/10/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5006 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ 85282 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 13,452.27 <br> COMMENT: AVD/DOE*SEC/SCH@BENEFICIAL*JUDICIAL LIEN/PL*UNS/CL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7910 |
| **CONSUMER PORTFOLIO SVCS/CPS** <br> POB 57071 <br> IRVINE, CA 92619-7071 | Trustee Claim Number: 3    INT %: 8.00% <br> Court Claim Number: 4 <br> CLAIM: 22,073.76 <br> COMMENT: $CL-PL@8%MDF/PL | CRED DESC: VEHICLE <br> ACCOUNT NO.: 7586 |
| **MCKEES ROCKS BOROUGH (WATER/SWG)** <br> C/O BERKHEIMER TAX ADMIN – DLNQ CLCTR <br> HAB DLT LEGAL <br> PO BOX 20662 <br> LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number: 4    INT %: 10.00% <br> Court Claim Number: <br> CLAIM: 2,146.00 <br> COMMENT: $@10%/PL*DKT | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 043-A-284:13-14 |
| **PNC BANK NA** <br> C/O PNC MORTGAGE <br> ATTN BANKRUPTCY DEPT <br> 3232 NEWMARK DR <br> MIAMISBURG, OH 45342 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 9-2 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*702.20/CL-PL@PNC MTG*DK4PMT-LMT*BGN 9-14*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 4788 |
| **PERITUS PORTFOLIO SERVICES II LLC/NCEP LL** <br> PO BOX 141419 <br> IRVING, TX 75014-1419 | Trustee Claim Number: 6    INT %: 18.00% <br> Court Claim Number: 8 <br> CLAIM: 14,560.79 <br> COMMENT: $/CL8 GOV@MDF@PMT/CNF*13782.06@18%MDF/PL*FR SANTANDER-DOC 63 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1538 |
| **ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK** <br> PO BOX 2036 <br> WARREN, MI 48090 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CHILDRENS PLACE/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5675 |
| **CAINE AND WEINER++** <br> 65 BIC DR <br> MILFORD, CT 06460 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~SAFECO/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7936 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ 85282 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 1,804.93 <br> COMMENT: GEMB~JC PENNEY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8211 |
| **COLUMBIA GAS OF PA INC(*)** <br> PO BOX 117 <br> COLUMBUS, OH 48216-0117 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 1,099.27 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0019 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDIT COLLECTION SERVICE**<br>POB 773<br><br>NEEDHAM, MA  02494 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE INS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3766 | |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br><br>NEEDHAM, MA  02494 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONWIDE INS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9353 | |
| **ENHANCED ACQUISTIONS LLC**<br>3840 E ROBINSON RD STE 353<br><br>AMHERST, NY  14228 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYDAY ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1302 | |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br>PHOENIX, AZ  85062 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DAMAGED LEASED VEHICLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0951 | |
| **KRESS BROTHERS BUILDERS LLC**<br>4930 S PIONEER RD<br><br>GIBSONIA, PA  15044 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DJ APPEAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1038,5304 | |
| **PROGRESSIVE FINANCE****<br>NPRTO NORTH - EAST LLC - SUBSIDIARY<br>10619 SOUTH JORDAN GATEWAY #100*<br>SOUTH JORDAN, UT  84095 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7406 | |
| **US DEPARTMENT OF HUD(*)**<br>PO BOX 6200-02<br><br>PORTLAND, OR  97228 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: NT/SCH*8432.55/CL*NOT YET DUE/PL*DKT | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2119 | |
| **PNC BANK NA**<br>C/O PNC MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:9-2<br>CLAIM: 12,008.08<br>COMMENT: $CL-PL@PNC MTG*THRU 8/14*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4788 | |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: STO ROX SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | |
| **STO ROCKS SD & MCKEES ROCKS BORO (EIT)**<br>C/O JORDAN TAX SVC INC-DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 6,262.64<br>COMMENT: CL5GOV*NT/SCH-PL*2006-11*DKT | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1257 | |

| | | |
|---|---|---|
| **NPRTO NORTH-EAST LLC** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 256 WEST DATA DR | Court Claim Number:6 | ACCOUNT NO.: 6363 |
| | CLAIM: 460.70 | |
| DRAPER, UT  84020 | COMMENT: $/CL-PL@0%MDF@PRORATA*NT/SCH*LEASE TO OWN NEW FURNITURE | |
| **NPRTO NORTH-EAST LLC** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 256 WEST DATA DR | Court Claim Number:7 | ACCOUNT NO.: 6363 |
| | CLAIM: 1,135.05 | |
| DRAPER, UT  84020 | COMMENT: $CL-PL@0%MDF@PRORATA*NT/SCH | |
| **BERNSTEIN-BURKLEY PC (FORMERLY FOR PET** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 2200 GULF TOWER | Court Claim Number: | ACCOUNT NO.: |
| 707 GRANT ST | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: DUQUESNE LIGHT CO/PRAE | |

CLAIM RECORDS  Case 14-23129-CMB    Doc 98    Filed 05/10/19    Entered 05/10/19 14:52:19    Desc
Page 5 of 5