# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   WILLIAM MARTIN, JR.<br><br>              Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>      vs.<br>WILLIAM MARTIN, JR.<br><br><br>           Respondents | Case No.14-23129CMB<br><br>Chapter 13<br><br>Related to: Document No. 101 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   3rd   day of  September  , 2019, it is hereby ORDERED, ADJUDGED, and DECREED that,

Childrens Institute Of Pgh
Attn: Payroll Manager
1405 Shady Ave
Pittsburgh,PA 15217

is hereby ordered to immediately terminate the attachment of the wages of WILLIAM MARTIN, JR., social security number XXX-XX-6363.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WILLIAM MARTIN, JR..


~~FURTHER ORDER~~


cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/3/19 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Martin, Jr.  
    Debtor

Case No. 14-23129-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Sep 03, 2019  
Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
db      William Martin, Jr.,    906 Etna Street,   Mc Kees Rocks, PA   15136-3328
    +Childrens Institute of Pgh,    Attn: Payroll Manager,    1405 Shady Ave,    Pittsburgh, PA 15217-1350

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
     Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com
     Bryan P. Keenan    on behalf of Debtor William  Martin, Jr. keenan662@gmail.com, melindap662@gmail.com
     James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
     Jeffrey R. Hunt    on behalf of Creditor    Borough of McKees Rocks jhunt@grblaw.com, cnoroski@grblaw.com
     Jeffrey R. Hunt    on behalf of Creditor    Sto-Rox School District jhunt@grblaw.com, cnoroski@grblaw.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     TOTAL: 8