Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William Martin Jr.**
  Debtor(s)

Bankruptcy Case No.: 14−23129−CMB

Chapter: 13
Docket No.: 107 − 106

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of October, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/9/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/18/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/9/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23129-CMB
William Martin, Jr.                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: 408            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db              William Martin, Jr.,    906 Etna Street,    Mc Kees Rocks, PA  15136-3328
13900107       +Alicia D. Martin,    906 Etna St. Lot 5,    Mc Kees Rocks, PA 15136-3328
13900109       +Beneficial Consumer Discount Company,    2700 Sanders Road,    Prospect Heights, IL 60070-2701
13933374       +Borough of McKees Rocks/Sto-Rox SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13900110      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:  Caine & Weiner,    Re: Safeco Insurance,    Po Box 5010,
                 Woodland Hills, CA 91365)
13900113      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:  Columbia Gas of Pennsylvania,    PO Box 117,    Columbus, OH 43216)
13900112       +Cavalry Portfolio Services LLC,    asignee c/o Patenadue & Felix, A.P.C.,    213 East Main Street,
                 Carnegie, PA 15106-2701
13900117       +Creditech/Cbalv,    Mckees Rocks Borough Sewage,    Attn:Collections,    Po Box 99,
                 Bangor, PA 18013-0099
13900119       +Enhanced Acq,    3840 E Robinson Ro,    Amherst, NY 14228-2001
13900121       +Kress Brothers Builders vs. Martin Jr.,    4930 South Pioneer Road,    Gibsonia, PA 15044-8409
13900122       +Mag. Dist. No. 05-03-04,    Mdj Name: Hon. TSuzanne Re. Blaschak,    Re: CV-349-2013,
                 2060 Saxonburg Blvd.,    Gibsonia, PA 15044-7953
13900123        Mckees Rocks Borough,    c/o Berkheimer,    PO Box 21450,    Lehigh Valley, PA 18002-1450
13964686       +PNC Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13900125        PNC Mortgage,    Attn: B6-YM07-01-05,    PO Box 1820,    Dayton, OH 45401-1820
13900126        Progressive,    11629 S. 700 E, Ste 250,    Pittsburgh, PA 15205
13900127        Santander Consumer Usa,    Attention: Bankruptcy Dept.,    PO box 560284,    Dallas, TX 75356-0284
13907995       +U.S. Department of HUD,    c/o Novad Management Consulting, LLC,
                 2401 N.W. 23rd Street, Suite 1A1,    Oklahoma City, OK 73107-2448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13900108       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 26 2019 03:26:38      Asset Acceptance,
                 Re: Childrens Place / Citibank,    Attn: Bankrupcy Dept,    Po Box 2036,    Warren, MI 48090-2036
13900114       +E-mail/Text: bankruptcy@consumerportfolio.com Oct 26 2019 03:27:07      CPS Inc.,
                 Asset Recovery Dept.,    PO Box 57071,    Irvine, CA 92619-7071
13900111       +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:17      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    Ge Money Bank,    500 Summit Lake Dr. Suite 400,
                 Valhalla, NY 10595-2321
13914860       +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:17      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13901432       +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:17      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13900116       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 26 2019 03:27:55
                 Credit Collections Svc,    Re: Nationwide Insurance,    Po Box 773,    Needham, MA 02494-0918
13900115       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 26 2019 03:27:55
                 Credit Collections Svc,    Re: Progressive Insurance Company,    Po Box 773,
                 Needham, MA 02494-0918
13900118       +E-mail/Text: kburkley@bernsteinlaw.com Oct 26 2019 03:27:46      Duquesne Light,
                 Bernstien Law Firm,    411 7th Avenue,    Maildrop 7-3,    Pittsburgh, PA 15219-1919
13900120       +E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2019 03:25:36      G M A C,    Po Box 535160,
                 Pittsburgh, PA 15253-5160
13900124        E-mail/Text: paparalegals@pandf.us Oct 26 2019 03:28:01      Patenaude & Felix, A.P.C.,
                 Re: Gregg L. Morris, Esquire,    213 East Main Street,    Carnegie, PA 15106
14156327        E-mail/Text: peritus@ebn.phinsolutions.com Oct 26 2019 03:28:00
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
13935848        E-mail/Text: ecfbankruptcy@progleasing.com Oct 26 2019 03:27:01      NPRTO North-East, LLC,
                 10619 South Jordan Gateway, #100,    South Jordan, Utah 84095
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of McKees Rocks
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
cr              Sto-Rox School District
cr*            PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx  75014-1419
                                                                                              TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2             User: gamr                Page 2 of 2               Date Rcvd: Oct 25, 2019
                                 Form ID: 408              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Bryan P. Keenan    on behalf of Debtor William  Martin, Jr. keenan662@gmail.com,
               melindap662@gmail.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of McKees Rocks jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Sto-Rox School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```