**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM MARTIN, JR.

    Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:14-23129

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/01/2014 and confirmed on 9/16/14 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 129,037.94 |
| Less Refunds to Debtor | 952.53 | |
| TOTAL AMOUNT OF PLAN FUND | | 128,085.41 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 5,246.15 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,246.15 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 46,136.86 | 0.00 | 46,136.86 |
|     Acct: 4788 | | | | |
|   PNC BANK NA | 12,008.08 | 12,008.08 | 0.00 | 12,008.08 |
|     Acct: 4788 | | | | |
|   MCKEES ROCKS BOROUGH (WATER/SW | 2,146.00 | 2,146.00 | 615.79 | 2,761.79 |
|     Acct: XXXXXXXXXX3-14 | | | | |
|   NPRTO NORTH-EAST LLC | 460.70 | 460.70 | 0.00 | 460.70 |
|     Acct: 6363 | | | | |
|   NPRTO NORTH-EAST LLC | 1,135.05 | 1,135.05 | 0.00 | 1,135.05 |
|     Acct: 6363 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 22,073.76 | 22,073.76 | 4,778.02 | 26,851.78 |
|     Acct: 7586 | | | | |
|   PERITUS PORTFOLIO SERVICES II LLC/N | 14,560.79 | 14,560.79 | 8,661.57 | 23,222.36 |
|     Acct: 1538 | | | | |
|   US DEPARTMENT OF HUD(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2119 | | | | |
| | | | | 112,576.62 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM MARTIN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM MARTIN, JR. | 952.53 | 952.53 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STO ROCKS SD & MCKEES ROCKS BOR( | 6,262.64 | 6,262.64 | 0.00 | 6,262.64 |
|     Acct: 1257 | | | | |
| | | | | 6,262.64 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5006 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 13,452.27 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7910 | | | | |
| ASSET ACCEPTANCE LLC ASSIGNEE CIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5675 | | | | |
| CAINE AND WEINER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7936 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,804.93 | 0.00 | 0.00 | 0.00 |
| Acct: 8211 | | | | |
| COLUMBIA GAS OF PA INC(*) | 1,099.27 | 0.00 | 0.00 | 0.00 |
| Acct: 0019 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3766 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9353 | | | | |
| ENHANCED ACQUISTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1302 | | | | |
| GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0951 | | | | |
| KRESS BROTHERS BUILDERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX5304 | | | | |
| PROGRESSIVE FINANCE**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7406 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                              118,839.26

TOTAL
CLAIMED         6,262.64
PRIORITY       52,384.38
SECURED        16,356.47

Date: 10/24/2019                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　WILLIAM MARTIN, JR.<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:14-23129<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Martin, Jr.  
    Debtor

Case No. 14-23129-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2     Date Rcvd: Oct 25, 2019  
                           Form ID: pdf900     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.

```
db             William Martin, Jr.,    906 Etna Street,    Mc Kees Rocks, PA  15136-3328
13900107      +Alicia D. Martin,    906 Etna St. Lot 5,    Mc Kees Rocks, PA 15136-3328
13900109      +Beneficial Consumer Discount Company,    2700 Sanders Road,    Prospect Heights, IL 60070-2701
13933374      +Borough of McKees Rocks/Sto-Rox SD,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13900110     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,     Re: Safeco Insurance,    Po Box 5010,
                Woodland Hills, CA 91365)
13900113     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania,     PO Box 117,    Columbus, OH 43216)
13900112      +Cavalry Portfolio Services LLC,    asignee c/o Patenadue & Felix, A.P.C.,    213 East Main Street,
                Carnegie, PA 15106-2701
13900117      +Creditech/Cbalv,    Mckees Rocks Borough Sewage,    Attn:Collections,    Po Box 99,
                Bangor, PA 18013-0099
13900119      +Enhanced Acq,    3840 E Robinson Ro,    Amherst, NY 14228-2001
13900121      +Kress Brothers Builders vs. Martin Jr.,    4930 South Pioneer Road,    Gibsonia, PA 15044-8409
13900122      +Mag. Dist. No. 05-03-04,    Mdj Name: Hon. TSuzanne Re. Blaschak,    Re: CV-349-2013,
                2060 Saxonburg Blvd.,    Gibsonia, PA 15044-7953
13900123       Mckees Rocks Borough,    c/o Berkheimer,    PO Box 21450,    Lehigh Valley, PA 18002-1450
13964686      +PNC Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13900125       PNC Mortgage,    Attn: B6-YM07-01-05,    PO Box 1820,    Dayton, OH 45401-1820
13900126       Progressive,    11629 S. 700 E, Ste 250,    Pittsburgh, PA 15205
13900127       Santander Consumer Usa,    Attention: Bankruptcy Dept.,    PO box 560284,    Dallas, TX 75356-0284
13907995      +U.S. Department of HUD,    c/o Novad Management Consulting, LLC,
                2401 N.W. 23rd Street, Suite 1A1,    Oklahoma City, OK 73107-2448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13900108      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 26 2019 03:26:38     Asset Acceptance,
                Re: Childrens Place / Citibank,    Attn: Bankrupcy Dept,    Po Box 2036,    Warren, MI 48090-2036
13900114      +E-mail/Text: bankruptcy@consumerportfolio.com Oct 26 2019 03:27:07     CPS Inc.,
                Asset Recovery Dept.,    PO Box 57071,    Irvine, CA 92619-7071
13900111      +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:18     Calvary Portfolio Services,
                Attention:  Bankruptcy Department,    Ge Money Bank,    500 Summit Lake Dr. Suite 400,
                Valhalla, NY 10595-2321
13914860      +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:18     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13901432      +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:19     Cavalry SPV II, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13900116      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 26 2019 03:27:55
                Credit Collections Svc,    Re: Nationwide Insurance,    Po Box 773,    Needham, MA 02494-0918
13900115      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 26 2019 03:27:55
                Credit Collections Svc,    Re: Progressive Insurance Company,    Po Box 773,
                Needham, MA 02494-0918
13900118      +E-mail/Text: kburkley@bernsteinlaw.com Oct 26 2019 03:27:46     Duquense Light,
                Bernstien Law Firm,    411 7th Avenue,    Maildrop 7-3,    Pittsburgh, PA 15219-1919
13900120      +E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2019 03:25:36     G M A C,    Po Box 535160,
                Pittsburgh, PA 15253-5160
13900124       E-mail/Text: paparalegals@pandf.us Oct 26 2019 03:28:01     Patenaude & Felix, A.P.C.,
                Re: Gregg L. Morris, Esquire,    213 East Main Street,    Carnegie, PA 15106
14156327       E-mail/Text: peritus@ebn.phinsolutions.com Oct 26 2019 03:28:00
                PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
13935848       E-mail/Text: ecfbankruptcy@progleasing.com Oct 26 2019 03:27:01     NPRTO North-East, LLC,
                10619 South Jordan Gateway, #100,    South Jordan, Utah 84095
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Borough of McKees Rocks
cr             Duquesne Light Company
cr             PNC BANK, NATIONAL ASSOCIATION
cr             Sto-Rox School District
cr*            PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx  75014-1419
                                                                                 TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: gamr              Page 2 of 2           Date Rcvd: Oct 25, 2019
                              Form ID: pdf900         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Bryan P. Keenan    on behalf of Debtor William  Martin, Jr. keenan662@gmail.com,
           melindap662@gmail.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of McKees Rocks jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Sto-Rox School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```